IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 01-0626-P-M |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's counsel, John G. Baylor, Jr., be awarded an attorney's fee, pursuant to 28 U.S.C. § 2412, in the amount of $5,967.50 (47.7 hours x $125.00 per hour = $5,967.50).

DONE this 28th day of June, 2005.

S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE